1  Bruce D. Praet SBN 119430
   **FERGUSON, PRAET & SHERMAN**
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705-7101
   (714) 953-5300 telephone
4  (714) 953-1143 facsimile
   bpraet@aol.com
5
   Attorneys for Defendants
6

7

8              UNITED STATES DISTRICT COURT

9                 DISTRICT OF CALIFORNIA

10

11 GLENN THOMAS,                    )   NO. 5:21-cv-00452 JGB KK
                                    )
12              Plaintiff,           )   **DEFENDANTS' ANSWER TO**
                                    )   **PLAINTIFF'S COMPLAINT;**
13 v.                               )   **JURY DEMAND**
                                    )
14 CITY OF FONTANA; ADAM            )
   CLABAUGH (BADGE NO. 842); JOHN  )
15 COLLOPY (BADGE NO. 998); JUSTIN  )
   LAING; JOSHUA PATTY and DOES 1-  )
16 10, inclusive,                   )
                                    )
17              Defendant.           )
   _____  )
18

19      COMES NOW, Defendants, City of Fontana, Adam Clabaugh, John

20 Collopy, Justin Laing, and Joshua Patty, and answering the unverified Complaint

21 for themselves alone and pursuant to F.R.Civ.P., Rule 8, admit, deny and allege as

22 follows:

23      1.   For answer to paragraph one, Defendants admit jurisdiction is proper,

24 but deny the remaining allegations in said paragraph.

25      2.   For answer to paragraph two, Defendants admit the allegations in said

26 paragraph.

27      3.   For answer to paragraph three, Defendants deny the allegations in

28 said paragraph.

4. For answer to paragraph four, Defendants lack sufficient information to admit or deny the allegations in said paragraph, and therefore deny same.

5. For answer to paragraph five, Defendants admit the allegations in said paragraph.

6. For answer to paragraph six, Defendants deny the allegations in said paragraph as phrased.

7. For answer to paragraph seven, Defendants admit that John Collopy was acting within the course and scope of his employment with the Fontana Police Department, but deny the remaining allegations in said paragraph as phrased.

8. For answer to paragraph eight, Defendants deny the allegations in said paragraph.

9. For answer to paragraph nine, Defendants deny the allegations in said paragraph as phrased.

10. For answer to paragraph ten, Defendants deny the allegations in said paragraph.

11. For answer to paragraph eleven, Defendants lack sufficient information to admit or deny the allegations in said paragraph, and therefore deny same.

12. For answer to paragraph twelve, Defendants lack sufficient information to admit or deny the allegations in said paragraph, and therefore deny same.

13. For answer to paragraph thirteen, Defendants lack sufficient information to admit or deny the allegations in said paragraph, and therefore deny same.

14. For answer to paragraph fourteen, Defendants lack sufficient information to admit or deny the allegations in said paragraph, and therefore deny same.

///

1     15. For answer to paragraph fifteen, Defendants deny the allegations in said paragraph.

16. For answer to paragraph sixteen, Defendants lack sufficient information to admit or deny the allegations in said paragraph, and therefore deny same.

17. For answer to paragraph seventeen, Defendants deny the allegations in said paragraph.

18. For answer to paragraph eighteen, Defendants deny the allegations in said paragraph.

19. For answer to paragraph nineteen, Defendants deny the allegations in said paragraph.

20. For answer to paragraph twenty, Defendants deny the allegations in said paragraph.

21. For answer to paragraph twenty-one, Defendants admit the allegations in said paragraph.

22. For answer to paragraph twenty-two, Defendants admit the allegations in said paragraph.

23. For answer to paragraph twenty-three, Defendants deny the allegations in said paragraph.

24. For answer to paragraph twenty-four, Defendants deny the allegations in said paragraph as phrased.

25. For answer to paragraph twenty-five, Defendants deny the allegations in said paragraph as phrased.

26. For answer to paragraph twenty-six, Defendants deny the allegations in said paragraph.

27. For answer to paragraph twenty-seven, Defendants deny the allegations in said paragraph.

///

28. For answer to paragraph twenty-eight, Defendants deny the allegations in said paragraph.

29. For answer to paragraph twenty-nine, Defendants deny the allegations in said paragraph as phrased.

30. For answer to paragraph thirty, Defendants deny the allegations in said paragraph.

31. For answer to paragraph thirty-one, Defendants deny the allegations in said paragraph as phrased.

32. For answer to paragraph thirty-two, Defendants deny the allegations in said paragraph as phrased.

33. For answer to paragraph thirty-three, Defendants deny the allegations in said paragraph.

34. For answer to paragraph thirty-four, Defendants deny the allegations in said paragraph as phrased.

35. For answer to paragraph thirty-five, Defendants deny the allegations in said paragraph.

36. For answer to paragraph thirty-six, Defendants deny the allegations in said paragraph.

37. For answer to paragraph thirty-seven, Defendants reassert and incorporate their responses to paragraphs 1 through 36 as if fully set forth herein.

38. For answer to paragraph thirty-eight, Defendants deny the allegations in said paragraph.

39. For answer to paragraph thirty-nine, Defendants deny the allegations in said paragraph.

40. For answer to paragraph forty, Defendants deny the allegations in said paragraph.

41. For answer to paragraph forty-one, Defendants deny the allegations in said paragraph.

42. For answer to paragraph forty-two, Defendants deny the allegations in said paragraph.

43. For answer to paragraph forty-three, Defendants deny the allegations in said paragraph.

44. For answer to paragraph forty-four, Defendants reassert and incorporate their responses to paragraphs 1 through 43 as if fully set forth herein.

45. For answer to paragraph forty-five, Defendants deny the allegations in said paragraph.

46. For answer to paragraph forty-six, Defendants deny the allegations in said paragraph.

47. For answer to paragraph forty-seven, Defendants deny the allegations in said paragraph.

48. For answer to paragraph forty-eight, Defendants deny the allegations in said paragraph.

49. For answer to paragraph forty-nine, Defendants deny the allegations in said paragraph.

50. For answer to paragraph fifty, Defendants reassert and incorporate their responses to paragraphs 1 through 49 as if fully set forth herein.

51. For answer to paragraph fifty-one, Defendants admit the allegations in said paragraph.

52. For answer to paragraph fifty-two, Defendants deny the allegations in said paragraph.

53. For answer to paragraph fifty-three, Defendants deny the allegations in said paragraph.

54. For answer to paragraph fifty-four, Defendants deny the allegations in said paragraph.

55. For answer to paragraph fifty-five, Defendants deny the allegations in said paragraph.

56. For answer to paragraph fifty-six, Defendants reassert and incorporate their responses to paragraphs 1 through 55 as if fully set forth herein.

57. For answer to paragraph fifty-seven, Defendants deny the allegations in said paragraph.

58. For answer to paragraph fifty-eight, Defendants deny the allegations in said paragraph.

59. For answer to paragraph fifty-nine, Defendants deny the allegations in said paragraph.

60. For answer to paragraph sixty, Defendants deny the allegations in said paragraph.

61. For answer to paragraph sixty-one, Defendants deny the allegations in said paragraph.

62. For answer to paragraph sixty-two, Defendants deny the allegations in said paragraph including all subparts.

63. For answer to paragraph sixty-three, Defendants deny the allegations in said paragraph.

64. For answer to paragraph sixty-four, Defendants deny the allegations in said paragraph.

65. For answer to paragraph sixty-five, Defendants deny the allegations in said paragraph.

66. For answer to paragraph sixty-six, Defendants deny the allegations in said paragraph.

67. For answer to paragraph sixty-seven, Defendants deny the allegations in said paragraph including all subparts.

68. For answer to paragraph sixty-eight, Defendants deny the allegations in said paragraph.

69. For answer to paragraph sixty-nine, Defendants deny the allegations in said paragraph.

70. For answer to paragraph seventy, Defendants reassert and incorporate their responses to paragraphs 1 through 69 as if fully set forth herein.

71. For answer to paragraph seventy-one, Defendants deny the allegations in said paragraph.

72. For answer to paragraph seventy-two, Defendants deny the allegations in said paragraph.

73. For answer to paragraph seventy-three, Defendants deny the allegations in said paragraph.

74. For answer to paragraph seventy-four, Defendants deny the allegations in said paragraph.

75. For answer to paragraph seventy-five, Defendants deny the allegations in said paragraph.

76. For answer to paragraph seventy-six, Defendants deny the allegations in said paragraph.

77. For answer to paragraph seventy-seven, Defendants deny the allegations in said paragraph.

78. For answer to paragraph seventy-eight, Defendants deny the allegations in said paragraph.

79. For answer to paragraph seventy-nine, Defendants reassert and incorporate their responses to paragraphs 1 through 78 as if fully set forth herein.

80. For answer to paragraph eighty, Defendants deny the allegations in said paragraph.

81. For answer to paragraph eighty-one, Defendants deny the allegations in said paragraph.

82. For answer to paragraph eighty-two, Defendants deny the allegations in said paragraph.

83. For answer to paragraph eighty-three, Defendants deny the allegations in said paragraph.

84. For answer to paragraph eighty-four, Defendants deny the allegations in said paragraph.

85. For answer to paragraph eighty-five, Defendants deny the allegations in said paragraph.

86. For answer to paragraph eighty-six, Defendants deny the allegations in said paragraph.

87. For answer to paragraph eighty-seven, Defendants deny the allegations in said paragraph.

88. For answer to paragraph eighty-eight, Defendants deny the allegations in said paragraph.

89. For answer to paragraph eighty-nine, Defendants deny the allegations in said paragraph.

90. For answer to paragraph ninety, Defendants reassert and incorporate their responses to paragraphs 1 through 89 as if fully set forth herein.

91. For answer to paragraph ninety-one, Defendants deny the allegations in said paragraph.

92. For answer to paragraph ninety-two, Defendants deny the allegations in said paragraph including all subparts.

93. For answer to paragraph ninety-three, Defendants deny the allegations in said paragraph.

94. For answer to paragraph ninety-four, Defendants deny the allegations in said paragraph.

95. For answer to paragraph ninety-five, Defendants deny the allegations in said paragraph.

96. For answer to paragraph ninety-six, Defendants deny the allegations in said paragraph.

97. For answer to paragraph ninety-seven, Defendants reassert and incorporate their responses to paragraphs 1 through 96 as if fully set forth herein.

98. For answer to paragraph ninety-eight, Defendants deny the allegations in said paragraph.

99. For answer to paragraph ninety-nine, Defendants deny the allegations in said paragraph.

100. For answer to paragraph one hundred, Defendants deny the allegations in said paragraph.

101. For answer to paragraph one hundred one, Defendants deny the allegations in said paragraph.

102. For answer to paragraph one hundred two, Defendants deny the allegations in said paragraph.

103. For answer to paragraph one hundred three, Defendants deny the allegations in said paragraph.

104. For answer to paragraph one hundred four, Defendants deny the allegations in said paragraph.

105. For answer to paragraph one hundred five, Defendants deny the allegations in said paragraph.

106. For answer to paragraph one hundred six, Defendants deny the allegations in said paragraph.

107. For answer to paragraph one hundred seven, Defendants deny the allegations in said paragraph.

108. For answer to paragraph one hundred eight, Defendants deny the allegations in said paragraph.

109. For answer to paragraph one hundred nine, Defendants deny the allegations in said paragraph.

110. For answer to paragraph one hundred ten, Defendants deny the allegations in said paragraph

111. For answer to paragraph one hundred eleven, Defendants deny the allegations in said paragraph.

112. For answer to paragraph one hundred twelve, Defendants deny the allegations in said paragraph.

113. Answering the Prayer of the Complaint, Defendants deny all allegations and requests for relief, including all subparts.

## FIRST AFFIRMATIVE DEFENSE

114. As and for a first, separate and distinct affirmative defense, these answering Defendants allege that the Complaint fails to state a cause of action against these Defendants.

## SECOND AFFIRMATIVE DEFENSE

115. As and for a second, separate and distinct affirmative defense, Plaintiff's Complaint, and each and every purported count alleged therein, fails to state facts sufficient to constitute a claim upon which relief can be based.

## THIRD AFFIRMATIVE DEFENSE

116. As and for a third, separate and distinct affirmative defense, these answering Defendants allege that all City of Fontana employees referred to in the Complaint were, and are now duly qualified, appointed and acting as police officers of the City of Fontana and peace officers of the State of California, and that at all times herein mentioned, said employees were engaged in the performance of their regularly assigned duties as police officers.

## FOURTH AFFIRMATIVE DEFENSE

117. As and for a fourth, separate and distinct affirmative defense, these answering Defendants allege that all City of Fontana employees referred to in the Complaint, at all times herein relevant, acted in good faith, without malice, and within the scope of their duties as police officers for the City of Fontana and as peace officers for the State of California.

///

///

### FIFTH AFFIRMATIVE DEFENSE

118. As and for a fifth, separate and distinct affirmative defense, these answering Defendants allege that the actions of these Defendants in all respects were reasonable, proper, and legal.

### SIXTH AFFIRMATIVE DEFENSE

119. As and for a sixth, separate and distinct affirmative defense, these answering Defendants allege that a public employee is not liable for an injury resulting from his/her act or omission where the act or omission was the result of the exercise of the discretion vested in him/her.

### SEVENTH AFFIRMATIVE DEFENSE

120. As and for a seventh, separate and distinct affirmative defense, these answering Defendants allege that Plaintiff did not suffer any detriment or damage in any amount whatsoever or at all.

### EIGHTH AFFIRMATIVE DEFENSE

121. As and for an eighth, separate and distinct affirmative defense, these answering Defendants allege that Plaintiff has failed to comply with applicable sections of the California *Government Code* relating to claims and actions against public entities and public employees.

### NINTH AFFIRMATIVE DEFENSE

122. As and for a ninth separate and distinct affirmative defense, these answering Defendants allege that Plaintiff's complaint is untimely and barred by the applicable statutes of limitation.

### TENTH AFFIRMATIVE DEFENSE

123. As and for a tenth, separate and distinct affirmative defense, these answering Defendants allege that public employees are immune from liability for acts undertaken in an official capacity, in good faith and in compliance with clearly established law.

///

## ELEVENTH AFFIRMATIVE DEFENSE

124. As and for a eleventh, separate and distinct affirmative defense, these answering Defendants allege that the alleged emotional distress suffered by Plaintiff, if at all, was not reasonably foreseeable and was not the result of any extreme or outrageous conduct by any of these Defendants.

## TWELFTH AFFIRMATIVE DEFENSE

125. As and for a twelfth, separate and distinct affirmative defense, these answering Defendants allege that probable cause existed for the arrest and/or detention of Plaintiff and that all contacts were reasonable and proper.

## THIRTEENTH AFFIRMATIVE DEFENSE

126. As and for a thirteenth, separate and distinct affirmative defense, these answering Defendants allege that the acts, omissions and alleged injuries in the Complaint were not reasonably foreseeable to any of these defendants.

## FOURTEENTH AFFIRMATIVE DEFENSE

127. As and for a fourteenth, separate and distinct affirmative defense, these answering Defendants allege that any injuries to Plaintiff were due to and caused by the negligence and omissions of Plaintiff to care for himself, which carelessness, negligence and omissions were the proximate cause of the damage, if any, to the Plaintiff.

## FIFTEENTH AFFIRMATIVE DEFENSE

128. As and for a fifteenth, separate and distinct affirmative defense, these answering Defendants allege that a public employee is not liable for his/her act or omission, exercising due care in the execution or enforcement of any law.

## SIXTEENTH AFFIRMATIVE DEFENSE

129. As and for an sixteenth, separate and distinct affirmative defense, these answering Defendants allege that a public employee is not liable for any injury caused by the act or omission of another person.

///

## SEVENTEENTH AFFIRMATIVE DEFENSE

130. As and for a seventeenth, separate and distinct affirmative defense, these answering Defendants allege that to the extent that Plaintiff suffered any detriment, such detriment was caused or contributed to by the negligence of Plaintiff.

## EIGHTEENTH AFFIRMATIVE DEFENSE

131. As and for an eighteenth, separate and distinct affirmative defense, these answering Defendants allege that to the extent that Plaintiff suffered any detriment, such detriment was voluntarily consented to by the Plaintiff.

## NINETEENTH AFFIRMATIVE DEFENSE

132. As and for a nineteenth, separate and distinct affirmative defense, these answering Defendants allege that to the extent that Plaintiff suffered any detriment, the risk of such detriment was assumed by Plaintiff.

## TWENTIETH AFFIRMATIVE DEFENSE

133. As and for a twentieth, separate and distinct affirmative defense, these answering Defendants allege that a public entity is not liable for any injury resulting from an act or omission of any of its employees where the employee is immune from liability.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

134. As and for a twenty-first, separate and distinct affirmative defense, these answering Defendants allege that to the extent Plaintiff suffered any detriment, such was unavoidable.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

135. As and for a twenty-second, separate and distinct affirmative defense, these answering Defendants allege that if it should be found that these answering Defendants are in any manner legally responsible for the damages, if any, sustained by Plaintiff, which these Defendants specifically deny, then such damages were proximately caused or contributed to by other parties, whether

Plaintiffs, Defendants, Cross-Complainants, Cross-Defendants, or otherwise, in this case, whether served or not served, and by other persons or entities not presently parties to this action, and it is necessary that the proportionate degree of negligence or fault of each and every said person or entity be determined and prorated and that any judgment which might be rendered against these answering Defendants be reduced not only by that degree of negligence found to exist as to other parties, but by the total of that degree of negligence or fault found to exist as to other said persons or entities.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

136.   As and for an twenty-third, separate and distinct affirmative defense, these answering Defendants allege that public employees are immune from liability for acts undertaken in an official capacity and in good faith.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

137.   As and for a twenty-fourth, separate and distinct affirmative defense, these answering Defendants allege that the force, if any, used upon Plaintiff by any of these Defendants was reasonable and necessary under the circumstances, and that the injuries or damages allegedly suffered by Plaintiff as a result of conduct by any of these Defendants were due to and caused by reason of Plaintiff's unlawful acts and conduct.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

138.   As and for a twenty-fifth, separate and distinct affirmative defense, these answering Defendants allege that it was reasonable to believe that Plaintiff was wanted on a valid arrest warrant and that any resulting detention or arrest was therefore reasonable and proper.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

139.   As and for a twenty-sixth, separate and distinct affirmative defense, these answering Defendants allege that these Defendants are immune from liability for service of a facially valid warrant.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

140. As and for a twenty-seventh, separate and distinct affirmative defense, these answering Defendants allege that Defendants Plaintiff does not fall within the parameters of *California Civil Code § 52.1* and has not stated a cause of action under such statute.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

141. As and for a twenty-eighth, separate and distinct affirmative defense, these answering Defendants allege that the City of Fontana employees had probable cause to stop, detain and investigate the Plaintiff and to use such force as reasonably appeared necessary to accomplish their lawful purpose being in all respects, reasonable, proper, necessary and legal.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

142. As and for a twenty-ninth, separate and distinct affirmative defense, these answering Defendants allege that the City of Fontana is not liable for punitive or exemplary damages, in any sum, or at all.

## THIRTIETH AFFIRMATIVE DEFENSE

143. As and for a thirtieth, separate and distinct affirmative defense, these answering Defendants allege that a municipality is not a "person" within the meaning of 42 U.S.C. § 1983, and cannot, absent certain circumstances such as deliberate indifference, reckless disregard or purpose to harm, be liable under that section.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

144. As and for a thirty-first, separate and distinct affirmative defense, these answering Defendants allege that these Defendants acted in good faith and did not intentionally violate any clearly established constitutional right of Plaintiff.

///

///

///

### THIRTY-SECOND AFFIRMATIVE DEFENSE

145. As and for a thirty-second, separate and distinct affirmative defense, these answering Defendants allege that any violation of Plaintiff's constitutional rights, which these Defendants deny, was not pursuant to any custom, policy or practice of Defendant City of Fontana.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

146. As and for a thirty-third, separate and distinct affirmative defense, these answering Defendants allege that the standard for Plaintiff's constitutional claims, if any, is that of deliberate indifference and that the conduct of these Defendants did not rise to such a standard.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

147. As and for a thirty-fourth, separate and distinct affirmative defense, these answering Defendants allege that these Defendants owed no statutory or other legal duty to Plaintiff and that no cause of action for negligence may be brought against a public entity.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

148. As and for a thirty-fifth, separate and distinct affirmative defense, these answering Defendants allege that they are entitled to all other applicable affirmative defenses and immunities provided by state and federal law not specifically set forth herein and specifically reserve the right to add to or amend this Answer prior to the date of trial in order to conform the pleadings to established evidence.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

149. As and for a thirty-sixth, separate and distinct affirmative defense, these answering Defendants allege that no cause of action for any form of

///

///

///

negligence may be brought against a public entity without a statutorily imposed duty, of which none is alleged or exists.

Dated: March 29, 2021

FERGUSON, PRAET & SHERMAN
A Professional Corporation

By: /s/ Bruce D. Praet
Bruce D. Praet, Attorneys for
City of Fontana Defendants

**DEMAND FOR JURY TRIAL**

Defendants hereby demand a trial by jury in the above-referenced matter.

DATED: March 29, 2021

FERGUSON, PRAET & SHERMAN
A Professional Corporation

By: /s/ Bruce D. Praet
Bruce D. Praet, Attorneys for
City of Fontana Defendants