JS-6

JUSTIN A. PALMER, ESQ. [SBN. 270857]
**FILER | PALMER, LLP**
249 East Ocean Boulevard, Suite 501
Long Beach, CA 90802
Phone:     (562) 304-5200
Facsimile: (562) 394-0504

Attorney for Plaintiff,
GLENN THOMAS

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN THOMAS<br><br>　　Plaintiffs,<br><br>　vs.<br><br>CITY OF FONTANA; ADAM CLABAUGH (BADGE NO. 842); JOHN COLLOPY (BADGE NO. 998); JUSTIN LAING; JOSHUA PATTY and DOES 1-10 inclusive<br><br>　　Defendants. | Case No. 5:21-cv-00452-JGB-KKx<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

[2022.02.07] p - Joint.Stip.and.Order(Dismissal).docx     1

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated:  February 9, 2022

/s/ Justin A. Palmer
FILER|PALMER, LLP
Justin A. Palmer, Esq.
249 East Ocean Boulevard, Suite 501
Long Beach, California 90802
Attorneys for Plaintiff, Glenn Thomas

Dated:  February 9, 2022

/s/ Bruce D. Praet
By: (as authorized on February 8, 2022)
FERGUSON, PRAET & SHERMAN,
A Professional Corporation
Bruce D. Praet, Esq.
1631 E. 18th Street
Santa Ana, California 92705
Attorneys for Defendants, City of Fontana et al.

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: February 11, 2022

_____
Jesus G. Bernal
FEDERAL DISTRICT JUDGE
UNITED STATES DISTRICT COURT

FILER|PALMER, LLP
249 East Ocean Boulevard, Suite 501
Long Beach, CA 90802
Telephone (562) 304-5200

[2022.02.07] p - Joint.Stip.and.Order(Dismissal).docx      3
**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**